UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

Case No. C23-5964-MJP

ORDER ADOPTING THE REPORT AND RECOMMENDATION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, (Dkt. No. 2), Petitioner's Objection (Dkt. No. 3), and the remaining record, hereby finds and ORDERS:

(1) Petitioner's Objection fails to provide any reason why the Report and Recommendation is wrongly decided. It merely states that the "R&R should be repelled, stymied, rebuffed, and vacated." (Dkt. No. 3.) The Court overrules this conjectural objection. The Court APPROVES and ADOPTS the Report and Recommendation.

(2) The Clerk shall administratively CLOSE this matter. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

(3) The Clerk shall send copies of this Order to Petitioner and to Judge Peterson.

ORDER - 1

DATED this 7th day of December, 2023.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER - 2